UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GONZALEZ,<br><br>    Defendant. | No. 1:17-cv-01548-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 9, 10, 11) |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions to proceed *in forma pauperis* be denied. (Doc. No. 11.) Plaintiff filed objections to the findings and recommendations on April 5, 2018. (Doc. No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Plaintiff's objections do not raise an issue of law or fact. Plaintiff's vague and conclusory allegations of threats and assaults in the past do not establish that plaintiff currently faces an imminent danger of serious physical harm qualifying him for the imminent danger exception set forth at 28 U.S.C. § 1915(g). Accordingly, having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and by

1

proper analysis.

For these reasons:

1. The findings and recommendations issued March 22, 2018 (Doc. No. 11) are adopted in full;
2. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 9, 10) are denied;
3. Plaintiff is ordered to pay the $400 filing fee in full within thirty (30) days of the date of service of this order; and
4. If plaintiff fails to comply with this order, this action will be dismissed.

IT IS SO ORDERED.

Dated: **June 19, 2018**

UNITED STATES DISTRICT JUDGE