UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GONZALEZ,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01548-DAD-JDP<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. On August 8, 2018, plaintiff filed a "Declaration in Support of Request to Proceed *In Forma Pauperis*." ECF No. 24. While this filing attests to plaintiff's indigent status, it does not contain language that would allow the agency in custody of plaintiff to deduct money from plaintiff's prison trust account. Without this authorization, the court will not allow plaintiff to proceed *in forma pauperis*. Accordingly, the court will order plaintiff to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action.

　　　　Accordingly, it is hereby ordered that:

　　　　Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  January 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE