UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>M. GONZALEZ,<br><br>        Defendant. | Case No. 1:17-cv-01548-DAD-JDP<br><br>ORDER GRANTING *IN FORMA PAUPERIS* STATUS<br><br>ECF No. 33<br><br>ORDER DENYING PLANTIFF'S<br>  1) MOTION TO PROCEED *IN FORMA PAUPERIS* FILED ON AUGUST 2, 2018<br>  2) MOTIONS REQUESTING THAT THE COURT PROVIDE HIM WITH A COPY OF HIS COMPLAINT<br><br>ECF Nos. 24, 26, 28 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed several motions that are now before the court.

**I.    Plaintiff's February 1, 2019 Application to Proceed *In Forma Pauperis***

On January 17, 2019, the court ordered plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within 45 days. ECF No. 31. The court sent plaintiff the application, which, if signed, authorizes the agency in custody of plaintiff to provide a certified copy of plaintiff's trust-account statement to the court so that plaintiff's eligibility for *in forma pauperis* status can be determined. In response to the court's order, plaintiff filed the completed

1

application with the signed authorization. ECF No. 33. Accordingly, the clerk of court contacted the agency in custody of plaintiff and obtained a copy of his trust-account statement.[1] ECF No. 34; ECF No. 35. The court has reviewed plaintiff's application and his trust-account statement.

Plaintiff has made the showing required by § 1915(a), and, accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. *See* 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of 20 percent of the proceeding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the clerk of the court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(2).

**II.     Miscellaneous Motions**

On June 19, 2018, the court denied plaintiff's first motion to proceed *in forma pauperis*. ECF No. 16. Plaintiff appealed this order to the Ninth Circuit. ECF No. 17. In response to plaintiff's notice of appeal, the Ninth Circuit ordered plaintiff to "pay to the district court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis." ECF No. 20. Though plaintiff was required to file his motion to proceed *in forma pauperis* on appeal in the Ninth Circuit, plaintiff filed it with this court. ECF No. 24; ECF No. 25 (plaintiff's declaration in support of motion). Because plaintiff filed this motion in the wrong court, plaintiff's motion to proceed *in forma pauperis* filed on August 2, 2018 is denied.

In August 2018, plaintiff filed two documents, each requesting that the court provide plaintiff with a copy of his complaint. ECF No. 26; ECF No. 28. Plaintiff stated that he needed a copy of his complaint to reference as he prepared his appellate brief in this case for the Ninth

---

[1] In plaintiff's response to the court's order, he alleges that, in completing the application, he personally sought to obtain a certified copy of his trust-account statement from the prison law library. ECF No. 33. The prison law librarian refused to provide this copy, so plaintiff contends the librarian has "obstruct[ed] [plaintiff's] right to meaningful[ly] [] access the court[]." ECF No. 33 at 1. Plaintiff requests that the court compel the library to produce a copy of his certified trust account. Plaintiff's request is moot because the clerk of court has obtained the copy of his certified trust account under the usual procedure.

2

Circuit. ECF No. 28 at 1. At the time of this order, plaintiff's appeal has already succeeded. *See* ECF No. 30; ECF No. 32. Accordingly, plaintiff's requests for a copy of his complaint are denied as moot. However, when the court screens plaintiff's complaint under 28 U.S.C. § 1915A(a), the court will provide plaintiff with a copy of his complaint.

**Order**

Accordingly,

1. Plaintiff's application to proceed *in forma pauperis* filed February 1, 2019, ECF No. 33, is granted;
2. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to 20 percent of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the clerk of the court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the clerk of the court. The payments shall be clearly identified by the name and case number assigned to this action.
3. The clerk of the court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system ("CM/ECF").
4. The clerk of court is directed to serve a copy of this order on the financial department of U.S. District Court, Eastern District of California, Fresno Division.
5. Plaintiff's motion to proceed *in forma pauperis* filed on August 2, 2018, ECF No. 24, is denied.
6. Plaintiff's requests that the court provide him with a copy of his complaint, ECF No. 26; ECF No. 28, are denied as moot.

IT IS SO ORDERED.

Dated:    February 12, 2019   

UNITED STATES MAGISTRATE JUDGE

3