UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>M. GONZALEZ,<br><br>Defendant. | No. 1:17-cv-01548-DAD-JDP<br><br>ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 45) |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's *in forma pauperis* status be revoked and that he be required to pay the filing fee in full to proceed with this action. (Doc. No. 39.) On December 5, 2020 the undersigned adopted those findings and recommendations, revoked plaintiff's *in forma pauperis* status, and ordered plaintiff to pay the $400 filing fee in full within twenty-one (21) days. (Doc. No. 45.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 3.)

Plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

1

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 19, 2020**

_____
UNITED STATES DISTRICT JUDGE